**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

U.S.A. vs. ALBERTO JOHNSON                                Docket No. 3:02CR00024(SRU)

**Petition For Modification of Conditions or Term of Probation/Supervised Release**
**with the Consent of the Offender**

COMES NOW, CHRISTOPHER ROGERS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Alberto Johnson, who was sentenced to 40 months' imprisonment for Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, by the Honorable Stefan R. Underhill, United States District Judge, sitting in the court in Bridgeport, Connecticut, on March 11, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, approved by the probation officer, which may include testing to determine if he has used drugs or alcohol. He shall pay all, or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer; and 2) The defendant shall participate in a mental health treatment program approved by the probation officer. He shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer. Alberto Johnson began supervision on June 17, 2005 and is scheduled to conclude on June 16, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The attorney for the defendant has been notified and concurs that the defendant's supervised release shall be extended for 60 days to allow the defendant to submit a DNA sample. If he submits a DNA sample prior to the conclusion of the 60 day extension, his supervised release will be successfully completed. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this __16th__ day of June, 2008 and ordered filed and made a part of the records in the above case.

/s/ Janet C. Hall, USDJ
~~Stefan R. Underhill~~ Janet C. Hall
United States District Judge

Respectfully Submitted,

Christopher Rogers
United States Probation Officer

Place: Bridgeport, Connecticut

Date: June 16, 2008